UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRADLEY J. QUINN, JR.,<br><br>        Plaintiff,<br><br>  vs.<br><br>WALLA WALLA COUNTY JAIL CAPTAIN, JOHN DOES 1-3, and JANE DOE,<br><br>        Defendants. | NO.  CV-10-5039-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING FIRST AMENDED COMPLAINTS FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES<br><br>**1915(g)** |

Magistrate Judge Imbrogno filed a Report and Recommendation on August 26, 2010, recommending Mr. Quinn's two "First Amended Complaints" be dismissed for failure to exhaust administrative remedies, and that such dismissal count as one under 28 U.S.C. § 1915(g).  *See Jones v. Bock*, 549 U.S. 199, 216, 127 S.Ct. 910, 921 (2007), citing with approval, *Leveto v. Lapina*, 258 F.3d 156, 161 (3rd Cir. 2001) ("[A] complaint may be subject to dismissal under Rule 12(b)(6) when an affirmative defense ... appears on its face" (internal quotation marks omitted)).  *See also Wyatt v. Terhune*, 315 F.3d 1108 (9th Cir. 2003) (indicating that *sua sponte* dismissal may be appropriate where the record is clear that prisoner conceded nonexhaustion).  Plaintiff

ORDER DISMISSING COMPLAINTS -- 1

admitted of the face of his First Amended Complaints that he has not exhausted his administrative remedies. There being no objections, the court **ADOPTS** the Report and Recommendation.

For the reasons set forth above and in the Report and Recommendation, **IT IS ORDERED** the First Amended Complaints (Ct. Recs. 12 & 15) are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted due to Plaintiff's failure to exhaust administrative remedies.

Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **Plaintiff is advised to read the new statutory provisions under 28 U.S.C. § 1915. This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims.**

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment, forward copies to Plaintiff at his last known address, and close the file. The District Court Executive is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Criminal Justice Division. The court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this  17th  day of September 2010.

                                          S/ Edward F. Shea
                                          EDWARD F. SHEA
                                UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINTS -- 2